UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES – GENERAL**

| Case No. | EDCV 20-01278-CJC (KKx) | Date | October 27, 2020 |
|---|---|---|---|
| Title | David Lopez v. J&R Hock Enterprises Inc., et al | | |

Present: The Honorable  CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Cheryl Wynn | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**PROCEEDINGS:** **(IN CHAMBERS) ORDER DISMISSING ACTION ON STIPULATED DISMISSAL**

Having been advised by the parties that this action has been resolved (*see* Stipulation of Dismissal Pursuant to Rule 41(a)(1) [24]), the Court hereby orders the case dismissed with prejudice. All dates and deadlines are vacated by the Court and taken off calendar.

|  | - | : | - |
|---|---|---|---|
| Initials of Deputy Clerk | cw | | |